UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALICIA TAYLOR | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.  1:11-cv-01250-WWC |
| | ) |
| | ) |
| PENN CREDIT CORPORATION, INC. | ) |
| | ) |
| Defendant, | ) |

**NOTICE OF SETTLEMENT**

NOW COMES the Plaintiff ALICIA TAYLOR, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 60 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

This 7th day of February, 2012.

                                                                                       */s/ Daniel J. Tann*
Daniel J. Tann
Law Offices of Daniel H. Tann
100 South Broad Street, Suite 1355
Philadelphia, PA  19110
(215) 670--0666
djtannesq@verizon.net

Of Counsel to:
Alex Simanovsky & Associates, LLC
2300 Henderson Mill Road, Suite 300
Atlanta, Georgia 30345
(770) 414-1002
alex@fdcpalawyeronline.com