IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ALICIA TAYLOR, :
    Plaintiff :
     :
    v. : CIVIL NO. 1:11-CV-1250
     :
PENN CREDIT CORPORATION, INC., :
    Defendant :

*O R D E R*

AND NOW, this 8th day of February, 2012, upon consideration of Plaintiff's notice of settlement (Doc. 3), it is ORDERED that this action is dismissed without costs and without prejudice to the right, upon good cause shown within sixty (60) days, to reinstate the action if the settlement is not consummated.

                                            /s/ William W. Caldwell
                                            William W. Caldwell
                                            United States District Judge